Jason J.L. Yang, State Bar No. 233962
**KENNER LAW GROUP, PLC**
20955 Pathfinder Road, Suite 100
Diamond Bar, CA 91765
Telephone: (909) 861-8813
Facsimile:  (909) 861-8860
Email: jason@kennerlawgroup.com

Attorney for Plaintiffs
**JAMES HUNG JO WANG**
**ANNA CHEN KODA**
**HIE SING SII**
**SHIH HSIN IRIS HSU**
**CINDY LEUNG**
**LIZHEN WEI**
**CHAN MIAO CHEN**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**SHULING JIANG,** an individual;<br><br>     Debtor,<br>―――――――――――――――――――<br>**JAMES HUNG JO WANG,** an individual;<br>**ANNA CHEN KODA,** an individual;<br>**HIE SING SII,** an individual;<br>**SHIH HSIN IRIS HSU,** an individual;<br>**CINDY LEUNG,** an individual;<br>**LIZHEN WEI,** an individual;<br>**CHAN MIAO CHEN,** an individual;<br><br>     Plaintiffs, | Case No.:  **2:23-bk-16683-VZ**<br>**Adversary No.:**<br><br>**COMPLAINT PURSUANT TO** *11 U.S.C. § 523(a)(2)* |

vs.

**SHULING JIANG,** an individual;

Defendant.

## PARTIES

1.    Plaintiff JAMES HUNG JO WANG ("Wang") is an individual who resides within the county of Los Angeles.

2.    Plaintiff ANNA CHEN KODA ("Koda") is an individual who resides within the county of Los Angeles.

3.    Plaintiff HIE SING SII ("Sii") is an individual who resides within the county of Los Angeles.

4.    Plaintiff SHIH HSIN IRIS HSU ("Hsu") is an individual who resides within the county of Los Angeles.

5.    Plaintiff CINDY LEUNG ("Leung") is an individual who resides within the county of Los Angeles.

6.    Plaintiff LIZHEN WEI ("Wei") is an individual who resides within the county of Los Angeles.

7.    Plaintiff CHAN MIAO CHEN ("Chen") is an individual who resides in China.

8.    Defendant SHULING JIANG ("Jiang") is an individual who resides within the county of Los Angeles.

## JURISDICTION

9.    This Court has jurisdiction to determine the exception of Defendant's debt owed to Plaintiff from discharge pursuant to *11 U.S.C. § 523(a)(2)*.

10.    This is complaint is a core proceeding.

1
2

## FACTUAL ALLEGATIONS

3      11.   On October 30, 2017, Jiang executed a written contract
4  acknowledging that she owed the sum of $175,000.00 to Wang.

5      12.   On October 31, 2017, Jiang executed a written contract
6  acknowledging that she owed the sum of $154,000.00 to Koda.

7      13.   On November 13, 2017, Jiang executed a written contract
8  acknowledging that she owed the sum of $58,000.00 to Sii.

9      14.   On November 14, 2017, Jiang executed a written contract
10  acknowledging that she owed the sum of $180,000.00 to Hsu.

11      15.   On November 20, 2017, Jiang executed a written contract
12  acknowledging that she owed the sum of $35,000.00 to Leung.

13      16.   On March 15, 2017, Jiang executed a written contract acknowledging
14  that she owed the sum of $35,000.00 to Wei.

15      17.   On September 27, 2017, Jiang executed a written contract
16  acknowledging that she owed the sum of $90,000.00 to Chen.

17      18.   Wang, Koda, Sii, Hsu, Leung and Wei and Chen (collectively as
18  "Plaintiffs") have performed all conditions, covenants, and promises required on
19  their part to be performed in accordance with the terms and conditions of the loan
20  agreements.

21      19.   Jiang breached the agreement by failing to timely repay the money
22  back to Plaintiffs.

23      20.   On March 2, 2018, Plaintiffs filed a complaint against Jiang for breach
24  of contract and fraud.

25      21.   On March 29, 2018, Plaintiffs filed a First Amended Complaint
26  against Jiang for breach of contract and fraud.  Attached herein as *Exhibit 1* is a
27  copy of the First Amended Complaint that was filed with the Court.

28

---

COMPLAINT PURSUANT TO *11 U.S.C. § 523(a)(2)*

22.  On May 8, 2018, a stipulated judgment was filed whereby Jiang admitted to the allegations in Plaintiffs' First Amended Complaint and acknowledged that the allegations satisfied all of the elements of *11 USC 523(a)(2)*.  Attached herein as *Exhibit 2* is a copy of the Stipulated Judgment.

23. As of the filing of this complaint, Jiang owes the sum of $213,459.24 to the Plaintiffs.

## **PRAYER FOR RELIEF**

*WHEREFORE*, Plaintiff prays for relief as follows:

1.  For a determination that the debt owed by Defendant to Plaintiffs in the amount of $213,459.24 be excepted from discharge pursuant to *11 U.S.C. § 523(a)(2)*.

2.  For costs of suit incurred herein.

3.  Such other and further relief as the Court may deem just and proper.

Date: January 2, 2024              Respectfully Submitted,

**KENNER LAW GROUP, PLC**

JASON J.L. YANG, ESQ.
Attorney for Plaintiffs
**JAMES HUNG JO WANG**
**ANNA CHEN KODA**
**HIE SING SII**
**SHIH HSIN IRIS HSU**
**CINDY LEUNG**
**LIZHEN WEI**
**CHAN MIAO CHEN**

**EXHIBIT 1**

1  Jason J.L. Yang, State Bar No. 233962
2  **KENNER LAW GROUP, PLC**
   730 N. Diamond Bar Blvd.
3  Diamond Bar, CA 91765
   Telephone: (909) 861-8813
4  Facsimile: (909) 861-8820

5  Attorney for Plaintiffs
   **JAMES HUNG JO WANG**
6  **ANNA CHEN KODA**
   **HIE SING SII**
7  **SHIH HSIN IRIS HSU**
   **CINDY LEUNG**
8  **LIZHEN WEI**
   **CHAN MIAO CHEN**
9

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 29 2018

Sherri R. Carter, Executive Officer/Clerk
By Jacqueline Gonzalez, Deputy

10
11                   **SUPERIOR COURT OF CALIFORNIA**

12           **COUNTY OF LOS ANGELES – UNLIMITED JURISDICTION**

13                       **POMONA COURTHOUSE**

14  **JAMES HUNG JO WANG,** an individual;        **Case No.: KC070085 O**
15  **ANNA CHEN KODA,** an individual;
    **HIE SING SII,** an individual;              **FIRST AMENDED COMPLAINT FOR:**
16  **SHIH HSIN IRIS HSU,** an individual;
    **CINDY LEUNG,** an individual;                 1. **BREACH OF CONTRACT**
17  **LIZHEN WEI,** an individual;                   2. **FRAUD**
    **CHAN MIAO CHEN,** an individual;              3. **COMMON COUNTS**
18
19                           Plaintiff,           **[DEMAND FOR JURY TRIAL]**
        vs.
20                                                Complaint filed: March 2, 2018
    **SJ&N BIOSTEM GLOBAL COMPANY,**               Trial date: Not set
21  a California corporation;
    **SHULING JIANG AKA SALLY JIANG,**
22  an individual;
    **DOES 1 through 50, inclusive;**
23
24                           Defendants.
25
26       Plaintiffs ANNA CHEN KODA, CINDY LEUNG, SHIH HSIN IRIS HSU, JAMES

27  HUNG JO WANG, HIE SING SII, LIZHEN WEI and CHAN MIAO CHEN (collectively as

28  "Plaintiffs") hereby allege as follows:

**PARTIES**

1.  Plaintiff JAMES HUNG JO WANG ("Wang") is an individual who resides in the county of Los Angeles, California.

2.  Plaintiff ANNA CHEN KODA ("Koda") is an individual who resides in the county of Los Angeles, California.

3.  Plaintiff HIE SING SII ("Sii") is an individual who resides in the county of Los Angeles, California.

4.  Plaintiff SHIH HSIN IRIS HSU ("Hsu") is an individual who resides in the county of Los Angeles, California.

5.  Plaintiff CINDY LEUNG ("Leung") is an individual who resides in the county of Los Angeles, California.

6.  Plaintiff LIZHEN WEI ("Wei") is an individual who resides in the county of Los Angeles, California.

7.  Plaintiff CHAN MIAO CHEN ("Chen") is an individual who resides in the county of China.

8.  Defendant SJ&N BIOSTEM GLOBAL COMPANY ("SJ&N") is a California corporation with its principal place of business in the county of Riverside, California.

9.  Defendant SHULING JIANG AKA SALLY JIANG ("Jiang") is an individual residing in the county of Riverside, California.

10. The true names or capacities, whether individual, corporate, associate, or otherwise of defendants named in this action as DOES 1-50 are unknown to Plaintiffs, who therefore sue such defendants by such fictitious names.  Said fictitiously named defendants are in some manner proximately responsible for the damages suffered by Plaintiffs herein.  Plaintiffs will amend this complaint to show their true names and capacities of such fictitiously named defendants when they have been ascertained

11. Each of the defendants and including the fictitiously named DOE defendants, was the agent, or employee, partner or officer, director or joint venturer of each of the other defendants herein, and doing the things herein alleged was acting within the course and scope

of said agency, employment, partnership, joint venture, or association and under the direction

of, and with the consent and permission, advance knowledge and/or ratification of the other

defendants.

12. Alternative to agency liability, Plaintiff alleges that defendants, and each of them,

including the fictitiously named DOE defendants, entered into a civil conspiracy to commit the

actionable wrongs, in which the defendants, and each of them participated in or in which they

concurred, expressly or tacitly, with knowledge of its unlawful purpose.

**--ALTER EGO--**

13. At all times relevant, SJ&N was influenced and governed by Jiang in that there is a

unity of interest and ownership such that the individuality or separateness of SJ&N and Jiang

has ceased; further, adherence to the fiction of the separateness of SJ&N and Jiang would,

under the circumstances, sanction a fraud or promote injustice, in particular, but without

limitation.

14. SJ&N and Jiang with funds and other assets, failed to segregate funds of the

separate entities, and diverted corporate funds or assets to other than corporate uses.

15. SJ&N has disregarded legal formalities, including the failure to maintain minutes or

adequate corporate/accounting records.

16. SJ&N has been under the domination and control of Jiang.

17. SJ&N has been inadequately capitalized.

18. Jiang has used SJ&N as a mere shell, instrumentality or conduit to procure labor,

services or merchandise.

19. SJ&N and Jiang have failed to maintain arm's length relationships with each other.

20. SJ&N was organized by Jiang with the intent to avoid performance by the use of the

corporate entity as a shield against its own liability.

**FACTUAL ALLEGATIONS**

21. Plaintiffs re-allege and incorporate by reference each and every allegation in

FIRST AMENDED COMPLAINT
**DEMAND FOR JURY TRIAL**
3

1    paragraphs 1 through 20 as though set forth fully herein.

2    22. Each of the Plaintiffs entered into a loan agreement with SJ&N and Jiang.  Pursuant

3    to the terms of the loan agreements, Jiang failed to repay the money as agreed by the parties.

4

5    **Wang Contract**

6    23. On October 30, 2017, Jiang executed a written contract acknowledging that she

7    owed the sum of $175,000.00 to Wang.  Attached as *Exhibit 1* is the written contract executed

8    by Leung and Jiang.  Under the agreement, Jiang promised to make monthly payments as

9    follows:

10                          November 30, 2017          $10,000.00

11                          December 30, 2017          $15,000.00

12                          January 30, 2018           $20,000.00

13                          February 28, 2018          $25,000.00

14                          March 30, 2018             $30,000.00

15                          April 30, 2018             $35,000.00

16                          May 30, 2018               $40,000.00

17    24. Jiang did not make the payments as agreed under the written contract.

18

19    **Koda Contract**

20    25.  On October 31, 2017, Jiang executed a written contract acknowledging that she

21    owed the sum of $154,000.00 to Koda.  Payments were to be made in full by November 8,

22    2017 or in monthly payments of $2,000.00 starting from January 28, 2018 until paid in full but

23    no later than December 31, 2018.  Attached as *Exhibit 2* is the written contract executed by

24    Koda and Jiang.

25    26. Jiang did not make the payments as agreed under the written contract.

26

27    **Sii Contract**

28    27. On November 13, 2017, Jiang executed a written contract acknowledging that she

owed the sum of $58,000.00 to Sii.  Payments were to be made in full by February 10, 2018 or in monthly payments of $2,000.00 starting from February 20, 2018 until paid in full.  Attached as *Exhibit 3* is the written contract executed by Leung and Jiang.

28. Jiang did not make the payments as agreed under the written contract

### Hsu Contract

29. On November 14, 2017, Jiang executed a written contract acknowledging that she owed the sum of $180,000.00 to Hsu.  Payments were to be made in full by November 16, 2017 or in monthly payments of $5,000.00 starting from January 28, 2018 until paid in full but no later than December 28, 2018.  Attached as *Exhibit 4* is the written contract executed by Leung and Jiang.

30. Jiang did not make the payments as agreed under the written contract.

### Leung Contract

31. On November 20, 2017, Jiang executed a written contract acknowledging that she owed the sum of $35,000.00 to Leung.

32. Payments were to be made in full by June 30, 2018.  Attached as *Exhibit 5* is the written contract executed by Leung and Jiang.

33. Jiang did not make the payments as agreed under the written contract.

### Wei Contract

34. On March 15, 2017, Jiang executed a written contract acknowledging that she owed the sum of $35,000.00 to Wei.  Attached as *Exhibit 5* is the written contract executed by Leung and Jiang.

35. Jiang did not make the payments as agreed under the written contract.

### Chen Contract

36. On September 27, 2017, Jiang executed a written contract acknowledging that she

1    owed the sum of $90,000.00 to Chen.  Payments were to be made in full by October 6, 2017.

2    Attached as *Exhibit 6* is the written contract executed by Leung and Jiang.

3        37. Jiang did not make the payments as agreed under the written contract.

4

5                          **FIRST CAUSE OF ACTION**

6                          **--BREACH OF CONTRACT--**

7                          **(Against All Defendants)**

8        38. Plaintiffs re-allege and incorporate by reference each and every allegation in

9    paragraphs 1 through 37 as though set forth fully herein.

10       39. Plaintiffs and Jiang entered into written contracts whereby Plaintiffs agreed to lend

11   money to Jiang and Jiang agreed to timely repay the money back to Plaintiffs.

12       40. Plaintiffs have performed all conditions, covenants, and promises required on their

13   part to be performed in accordance with the terms and conditions of the loan agreements.

14       41. Jiang breached the agreement by failing to timely repay the money back to

15   Plaintiffs.

16       42. As a result of Jiang's breach of the agreement, Plaintiffs have suffered damages of

17   $727,000.00.

18

19                          **SECOND CAUSE OF ACTION**

20                          **--FRAUD--**

21                          **(Against All Defendants)**

22       43. Plaintiffs re-allege and incorporate by reference each and every allegation in

23   paragraphs 1 through 42 as though set forth fully herein.

24       44. On or about mid-2017, as part of her efforts to defraud Plaintiffs, Jiang stated that

25   she needed to borrow money and that she would be able to repay the money soon because she

26   had $12 million in a South African bank.  To convince Plaintiffs, Jiang showed text messages

27   and letters that were purportedly from the Federal Reserve Bank of New York indicating that

28   she had $12 million transfer that was pending and was going to be deposited into her bank.

45. The representations made by Jiang were false. The true facts were that Jiang intended to gain the trust of Plaintiffs by concocting a sham story to convince them to loan the money that she knew would never be repaid.

46. When Jiang made these representations to Plaintiffs, she knew them to be false. These representations were made by Jiang with the intent to defraud and deceive Plaintiffs and with the intent to induce Plaintiffs to lend her money while knowing that Plaintiffs would never recover the money they lent.

47. Plaintiffs' reliance on the representations was reasonable because Plaintiffs had no reason to believe that Jiang would intentionally take advantage of Plaintiffs' trust and deceive them into lending their money.

48. Plaintiffs, at the time these representations were made by Jiang and at the time Plaintiffs took the actions herein alleged, were ignorant of the falsity of Jiang's representations and believed them to be true. Plaintiffs were ignorant of Jiang's secret intention to defraud Plaintiffs and Plaintiffs could not, in the exercise of reasonable diligence, have discovered Jiang's secret intention.

49. As a proximate result of Jiang's fraud and deceit and the facts herein alleged, plaintiff has been damaged in the sum of no less than $727,000.00.

50. The actions of Jiang were:

(1) fraudulent, meaning an intentional misrepresentation, deceit, or concealment of a material fact known to the Jiang with the intention on the part of the Jiang of thereby depriving a person of property or legal rights or otherwise causing injury;

(2) malicious, meaning conduct which is intended by the Jiang to cause injury to the plaintiff or despicable conduct which is carried on by the Jiang with a willful and conscious disregard of the rights or safety of others; and/or

(3) oppressive, meaning despicable conduct that subjects a person to cruel and unjust hardship in conscious disregard of that person's rights; and done with the intention of depriving Plaintiffs of substantial rights. Plaintiffs are

therefore entitled to punitive damages in a sufficient amount to make an example of, punish Jiang, and deter future fraudulent, oppressive and malicious misconduct in the amount according to proof at trial.

### THIRD CAUSE OF ACTION

### --COMMON COUNTS--

### (Against All Defendants)

51. Plaintiffs re-allege and incorporate by reference each and every allegation in paragraphs 1 through 50 as though set forth fully herein.

52. Within the last four years, Defendants became indebted to Plaintiff in the sum of $727,000.00 for money lent by Plaintiffs at Defendants' request.

53. Despite demand by Plaintiff, defendants have failed and refuse to pay in full the sum money owed.

54. The amount of no less than $727,000.00 remains due and owing by Defendants to Plaintiff, together with interest at the maximum legal rate.

WHEREFORE, Plaintiffs pray for judgment against the herein named defendants, and each of them, as follows:

### FIRST CAUSE OF ACTION – BREACH OF CONTRACT

1.  Damages in the amount of $175,000.00 for Wang;

2.  Damages in the amount of $154,000.00 for Koda;

3.  Damages in the amount of $58,000.00 for Sii;

4.  Damages in the amount of $180,000.00 for Hsu;

5.  Damages in the amount of $35,000.00 for Leung;

6.  Damages in the amount of $35,000.00 for Wei;

7.  Damages in the amount of $90,000.00 for Chen;

8.  Prejudgment interest at the legal rate;

9.  For costs of suit incurred herein;

10. Such other and further relief as the Court may deem just and proper.

## SECOND CAUSE OF ACTION – FRAUD

1.  Damages in the amount of $175,000.00 for Wang;

2.  Damages in the amount of $154,000.00 for Koda;

3.  Damages in the amount of $58,000.00 for Sii;

4.  Damages in the amount of $180,000.00 for Hsu;

5.  Damages in the amount of $35,000.00 for Leung;

6.  Damages in the amount of $35,000.00 for Wei;

7.  Damages in the amount of $90,000.00 for Chen;

8.  Prejudgment interest at the legal rate;

9.  For costs of suit incurred herein;

10. For punitive damages;

11. Such other and further relief as the Court may deem just and proper.

## THIRD CAUSE OF ACTION – COMMON COUNTS

1.  Damages in the amount of $175,000.00 for Wang;

2.  Damages in the amount of $154,000.00 for Koda;

3.  Damages in the amount of $58,000.00 for Sii;

4.  Damages in the amount of $180,000.00 for Hsu;

5.  Damages in the amount of $35,000.00 for Leung;

6.  Damages in the amount of $35,000.00 for Wei;

7.  Damages in the amount of $90,000.00 for Chen;

8.  Prejudgment interest at the legal rate;

9.  For costs of suit incurred herein;

10. Such other and further relief as the Court may deem just and proper.

///

///

///

///

///

Date: March 29, 2018

**KENNER LAW GROUP, PLC**

JASON J.L. YANG, ESQ.
Attorney for Plaintiffs
**JAMES HUNG JO WANG**
**ANNA CHEN KODA**
**HIE SING SII**
**SHIH HSIN IRIS HSU**
**CINDY LEUNG**
**LIZHEN WEI**
**CHAN MIAO CHEN**

EXHIBIT 1

借款人: Shuiling Jiang (Sally Jiang)

債权人: James Hung Jo Wong   D7981762

1. Shuiling Jiang 向 James Huang 借款 $150000.
   (十五万美金)
   4色利 二張支票 # 1334. 金额 $60000. 日期 2/23/1
   收到 ~~粮~~ Wire Transfer 到 CHK 5563
   金额 $90000. 元

2. 还款 二筆.   chak
   6/28/17   $5000. 元   11085563
   7/29/17   $5000. 元   11085563

3. 同意 分期 摆还:
   Nov./30/17   $10000. 元
   Dec./30/17   $15000. 元
   Jan./30/18   $20000. 元
   Feb/30/18   $25000. 元
   Mar/30/18   $ ~~25000~~ 30000. 元
   Apr/30/18   $35000. 元
   May/30/18   $40000. 元

4. 钱包担体偿还. sanyta.

公司地址: 701 international Parkway Lake.
Momy, Florida 32746.

电话 407 - 215 - 7417.

借款人特此捅证:

姓名: Shuling Jiang.

ID: D1416727

Add: 23737 Gold Rush Dr.
Diamond Bar CA 91765

Date: 10/30/2017

James Jo way Jury

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy or validity of that document.

STATE OF CALIFORNIA                    }
COUNTY OF __Los Angeles____        }

On __October 30, 2017_____ before me, __Jennifer Chen____ Notary Public,

personally appeared __Shuling Jiang_____

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JENNIFER CHEN
COMM. # 2212987
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES OCT. 3, 2021

Optional Information:

Title or Type of Document __Repayment Plan in Chinese language__

Date of Document __10/30/2017__

EXHIBIT 2

October 31, 2017

I, Sally Jiang, also known as Shuling Jiang, borrowed $135,000.00 from Anna Chen Koda on 5 occasions.

Borrowed amounts and dates of each occasion are listed on attached, original, promissory note, that I signed along with lender, and a witness, on June 11, 2017.

Based on details described on the promissory note, I did not pay total due to lender as promised.

As of this date, I have made 2 payments:

1. On 7/22/17, I paid $5000.00 to lender.
2. On 10/12/17, I paid $2000.00 to lender.

As of this date, I owe lender $154,500.00 ($128,000.00(principal) + $26,500( interest).

On _11/08/17_, I will pay $ _154,500.00_ and/or, make monthly payments beginning _04/30/18_ _07/28/18_, in the amount of $ _2,000.00_ to lender, until total amount owed is paid in full. Whichever method I choose to pay, I must pay total amount due to lender, in full, by _12/31/18_

If I do not pay total amount due to lender, in full, by promised date, as stated above, lender will use this letter, along with attached promissory note to take legal action against me.

I am fully aware of the details described in this letter, and fully agree to all that is stated herein.

Borrower:  Shuling (Sally) Jiang
Signature _____     Date: _11/08/17_

Lender:  Anna Chen Koda
Signature _____     Date: _11/8/17_

Witness:
Signature _____     Date: _11/8/17_
DEBRA WM

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _8th_ day of _November_, 20_17_, by _SHUYING JIANG_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



SARTHI SHAILESH PATEL
COMM...2198984
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Term Exp. May 26, 2021

(Seal)                                    Signature _____

EXHIBIT 3

2017                                                                                              November

I, Sally Jiang, also known as Shuling Jiang, borrowed $50,000.00 from Hie Sing Sii on 3 occasions, with a promise to pay back in full 2 weeks from June 11, 2017.  Borrowed amounts and dates of each occasion are listed on attached, original, promissory note, that I signed along with lender, and a witness, on June 11, 2017.

Based on details described on the promissory note, I did not pay total due to lender as promised.

As of this date, I owe lender $58,000.00 ($50,000.00 -principal + $8,000 – interest)

On _Feb 20, 2018_, I will pay $ _50,000.00_, and/or, make monthly payments beginning _02/20/18_, in the amount of $ _2,000_ to lender, until total amount owed is paid in full.

Whichever method I choose to pay, I must pay total amount due to lender, in full, by _until finish_.

If I do not pay total amount due to lender, in full, by promised date, as stated above, lender will use this letter, along with attached promissory note to take legal action against me.

I am fully aware of the details described in this letter, and fully agree to all that is stated herein.

Borrower: Shuling (Sally) Jiang

Signature _____          Date _11/13/2017_

Lender: Hie Sing Sii

Signature _____          Date _11/13/17_

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Los Angeles_ }

On _Nov 13, 2017_ before me, _Brian Tang - notary public_
<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared _Zhang, chuying a Si, the Sing_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Brian Tang_

Notary Public Signature                    (Notary Public Seal)

> **BRIAN TANG**
> Commission # 2096156
> Notary Public - California
> Los Angeles County
> My Comm. Expires Feb 2, 2019

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_Statement_
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _11-13-17_

**CAPACITY CLAIMED BY THE SIGNER**
- ☑ Individual (s)
- ☐ Corporate Officer

_____
(Title)

- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT 4

November 14, 2017

I, Sally Jiang, also known as Shuling Jiang, borrowed USD $150,000 from Shih Hsin Iris Hsu on March 10, 2017 and agreed to pay back USD $180,000 by 3/31/2017. The original evidence is listed on attached, original, and promissory note that I signed with lender.

Wire Transfer of $150,030 was made on 3/10/2017 from Cathay Bank account # 7059582  to Chase Bank account # 110855563, beneficiary name Shuling Jiang.

I, Sally Jiang, confirm the following information to be my own:

      Business Name: SJ&N Biostem Global Company

      California Driver's License #: D1416727

      USA Passport #: 436052422 Issue Date: December 4, 2007

      Address: 23737 Gold Rush Dr, Diamond Bar, CA 91765

Based on details described on the promissory note, I did not pay total due to lender as promised.

**As of this date, I owe the lender USD $180,000.**

On __11/16/17__, I will pay $ __180,000.—__ and/or make monthly payments of $ __5000.—__ beginning on __1/28/18__, until the total amount owed in paid in full.

If I do not pay total amount due to lender, in full, by __12/28/18__, lender will use this letter, along with attached promissory note to take legal action against me and have the right to automatically withdraw funds from all my financial sources, accounts, and incomes. This includes wallet account from Jeunesse Global, account ID: Sallyla.

I am fully aware of the details described in this letter, and fully agree to all that is stated herein.

Borrower: Shuling (Sally) Jiang

Signature _____    Date: _____

Lender: Shih Hsin Iris Hsu

Signature _____    Date: _____

Witness: _____

Signature _____    Date: _____
bnh

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of LOS ANGELES _____ }

On Nov 16, 2017 before me, TRA HUONG PHAM Notary Public,
(Here insert name and title of the officer)

personally appeared SHIH HSIN IRIS HSU and SHULING JIANG,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

(Notary Public Seal)

TRA HUONG PHAM
Commission No. 2208235
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JULY 31, 2021

NCC1

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

LOAN REPAYMENT AGREEMENT
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date 11/16/17

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

EXHIBIT 5

借据.

我 = Shuting Jiang
(Sadly Jiang)
ID: D1416727

何 Wah Leung 梁華
借款 三万伍千美元
($35,000.—)

借期 以 现在之到
06/30/2018.

此据记账

借款人 Sadly
Cindy Leung.  11/20/2017

**EXHIBIT 5**

借条

我 Shuiling Jiang (Sally Jiang)

ID: D1416727

在 2017 年 3月15 前急需一笔款

向担姐 Lizhen Wei 贷款美金

$ 35000 共 （美金三万五仟）

待证偿还.

借期: 3/15/2017

借贷款人 Shuiling Jiang.
Sally Jiang

借贷人: Lizhen wei

**EXHIBIT 6**

我 shuling Jiang (Sally

Jiang) ID: D1416727

向 CHAN MIAO CHEN

借 美金 # 70,000.⁰⁰ (Seventy

thousand dollars).

借期: From 9/27/2017 — 10/6/2017

其 # 9,000.⁰⁰ (nity thousand dollars)

借款人: shuling Jiang

Sally Jiang

9/27/2017

**EXHIBIT 2**

1  Jason J.L. Yang, State Bar No. 233962
   **KENNER LAW GROUP, PLC**
2  730 N. Diamond Bar Blvd.
   Diamond Bar, CA 91765
3  Telephone: (909) 861-8813
   Facsimile: (909) 861-8820
4

5  Attorney for Plaintiffs
   **JAMES HUNG JO WANG**
6  **ANNA CHEN KODA**
   **HIE SING SII**
7  **SHIH HSIN IRIS HSU**
   **CINDY LEUNG**
8  **LIZHEI WEI**
   **CHAN MIAO CHEN**
9

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

**MAY 08 2018**

Sherri R. Carter, Executive Officer/Clerk
By M. Vasquez, Deputy

10                **SUPERIOR COURT OF CALIFORNIA**

11        **COUNTY OF LOS ANGELES – UNLIMITED JURISDICTION**

12                     **POMONA COURTHOUSE**

13

14  **JAMES HUNG JO WANG,** an individual;       **Case No.: KC070085 O**
    **ANNA CHEN KODA,** an individual;
15  **HIE SING SII,** an individual;             **STIPULATED JUDGMENT**
    **SHIH HSIN IRIS HSU,** an individual;
16  **CINDY LEUNG,** an individual;              Complaint filed: March 2, 2018
    **LIZHEN WEI,** an individual;               Trial date: Not set
17  **CHAN MIAO CHEN,** an individual;

18                            Plaintiff,

19        vs.

20  **SJ&N BIOSTEM GLOBAL COMPANY,**
    a California corporation;
21  **SHULING JIAN AKA SALLY JIANG,** an
    individual;
22  **DOES 1 through 50, inclusive;**

23                            Defendants.

24

25

26       Pursuant to the terms of the settlement agreement, Plaintiffs ANNA CHEN KODA,

27  CINDY LEUNG, SHIH HSIN IRIS HSU, JAMES HUNG JO WANG, HIE SING SII,

28  LIZHEN WEI and CHAN MIAO CHEN and Defendant SJ&N BIOSTEM GLOBAL

COMPANY and SHULING JIAN AKA SALLY JIANG hereby stipulate that judgment is to be entered as follows:

1. A money judgment is awarded in the amount of $727,000.00 in favor of Plaintiffs ANNA CHEN KODA, CINDY LEUNG, SHIH HSIN IRIS HSU, JAMES HUNG JO WANG, HIE SING SII, LIZHEN WEI and CHAN MIAO CHEN against Defendants SJ&N BIOSTEM GLOBAL COMPANY and SHULING JIAN AKA SALLY JIANG, jointly and severally, for breach of contract, fraud and common counts as alleged in Plaintiffs' First Amended Complaint filed on March 29, 2018;

2. Defendants SJ&N BIOSTEM GLOBAL COMPANY and SHULING JIAN AKA SALLY JIANG admit to the allegations in Plaintiffs ANNA CHEN KODA, CINDY LEUNG, SHIH HSIN IRIS HSU, JAMES HUNG JO WANG, HIE SING SII, LIZHEN WEI and CHAN MIAO CHEN against Defendants SJ&N BIOSTEM GLOBAL COMPANY and SHULING JIAN AKA SALLY JIANG's First Amended Complaint thereby satisfying all the elements of 11 USC §523(a)(2),(4) and (6) and making this Stipulated Judgment non-dischargeable under the bankruptcy court;

3. Plaintiffs ANNA CHEN KODA, CINDY LEUNG, SHIH HSIN IRIS HSU, JAMES HUNG JO WANG, HIE SING SII, LIZHEN WEI and CHAN MIAO CHEN and Defendants SJ&N BIOSTEM GLOBAL COMPANY and SHULING JIAN AKA SALLY JIANG have signed this Stipulated Judgment freely and voluntarily and not in reliance upon any covenant, representation, warranty, consideration or inducement not expressly recited herein. In addition, Plaintiffs ANNA CHEN KODA, CINDY LEUNG, SHIH HSIN IRIS HSU, JAMES HUNG JO WANG, HIE SING SII, LIZHEN WEI and CHAN MIAO CHEN and Defendants SJ&N BIOSTEM GLOBAL COMPANY and SHULING JIAN AKA SALLY JIANG represent and acknowledge that they has been advised by or consulted with,

1    or had the opportunity to consult with, counsels of their choice with regard

2    to the execution of this Stipulated Judgment.

3    4.  This Stipulated Judgment may be executed in any number of counter parts,

4    all of which together shall constitute one instrument.  A copy of this

5    Stipulated Judgment shall be treated as through it were an original for all

6    purposes.

7

8    **IT IS SO STIPULATED:**

9

10   _____          _____
     ANNA CHEN KODA                          SJ&N BIOSTEM GLOBAL COMPANY
11                                           By: Shuling Jiang aka Sally Jiang
                                             Title: President
12   _____
     CINDY LEUNG

13   _____          _____
14   SHIH HSIN IRIS HSU                      SHULING JIANG AKA SALLY JIANG

15   _____
16   JAMES HUNG JO WANG

17   _____
18   HIE SING SII

19   _____
20   LIZHEN WEI

21   _____
     CHAN MIAO CHEN
22

23   **IT IS SO ORDERED.**

24   Date: _____MAY  0 8 2018_____          ROBERT A. DUKES

25                                          _____
26                                          HON. ROBERT A. DUKES
                                            Judge of the Superior Court
27

28

STIPULATED JUDGMENT
3 of 3

1    or had the opportunity to consult with, counsels of their choice with regard

2    to the execution of this Stipulated Judgment.

3    4. This Stipulated Judgment may be executed in any number of counter parts,

4    all of which together shall constitute one instrument. A copy of this

5    Stipulated Judgment shall be treated as through it were an original for all

6    purposes.

7

8    IT IS SO STIPULATED:

9

10   ANNA CHEN KODA                          SJ&N BIOSTEM GLOBAL COMPANY

11                                           By: Shuling Jiang aka Sally Jiang
                                             Title: President
12   CINDY LEUNG

13

14   SHIH HSIN IRIS HSU                      SHULING JIANG AKA SALLY JIANG

15

16   JAMES HUNG JO WANG

17

18   HIE SING SII

19

20   LIZHEN WEI

21   CHAN MIAO CHEN

22

23   IT IS SO ORDERED.

24

25   Date: _____

26                                           HON. ROBERT A. DUKES
                                             Judge of the Superior Court